# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAZEL MOSBY, as the Personal Representative of the Estate of Joseph R. Smith**<br>899 Bellevue Street, S.E.<br>Washington, D.C. 20032<br><br>    **Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>600 5th Street, N.W.<br>Washington, D.C.   20001<br><br>and<br><br>**JOHN DOE, Employee of Defendant WMATA and in his personal capacity**<br>600 5th Street, N.W.<br>Washington, D.C.   20001<br><br>    **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Columbia:

1. On or about March 13, 2018, Plaintiff filed this wrongful death action against WMATA and John Doe, in the Superior Court of the District of Columbia, in the case titled <u>Hazel Mosby, as the Personal Representative of the Estate of Joseph R. Smith v. WMATA, et al.</u> Case No. 2018 CA 001779 B.

2. Defendant WMATA was formally served in this action on April 4, 2018.

3. The Complaint and Information Sheet filed by the Plaintiff in the Superior Court of the District of Columbia are attached. Additionally, the Summons and Initial Order issued by the Superior Court of the District of Columbia are attached. These documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to the this court in accordance with 28 U.S.C. §1446 (2017).

5. Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to Plaintiff at his address of record. This Notice is attached.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/ Nicholas L. Phucas
Nicholas L. Phucas #475163
Senior Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2886
(202) 962-2550 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and sent to the following persons, via U.S. Mail, this 19th day of April 2018, to:

Brian K. McDaniel
1920 L Street, N.W., Suite 303
Washington, D.C.   20036

/s/Nicholas L. Phucas
Nicholas L. Phucas #475163